UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 21-00847-AB (AS) | Date | August 10, 2021 |
|---|---|---|---|
| Title | Thavixay, Bounpane v. B. Burdick | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 3, 2021, Thavixay, Bounpane ("Petitioner"), a detainee at Adelanto Detention Center who is proceeding pro se filed a "Petition for Writ of Habeas Corpus" (Dkt. No. 1), which the Court construed as a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 (see Dkt. No. 4 at 1). On May 26, 2021, Petitioner filed what the Court construed as a First Amended Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("First Amended Petition") (see Dkt. No. 7 at 1). On June 29, 2021, Respondent B. Burdick filed a "Notice of Petitioner's Release from Immigration Custody and Request for Dismissal" (Dkt. No. 9), which the Court construed as a Motion to Dismiss the First Amended Petition ("Motion to Dismiss"). (Dkt. No. 10 at 1).

On June 29, 2021, the Court issued an Order directing Petitioner to file, by no later than July 29, 2021, either an Opposition to the Motion to Dismiss or a Statement of Non-Opposition to the Motion to Dismiss. (Dkt. No. 10). A copy of the Court's June 29, 2021 Order is attached to this Order.

To date, Petitioner has failed to file either an Opposition to the Motion to Dismiss or a Statement of Non-Opposition to the Motion to Dismiss.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order (by no later than **September 9, 2021**), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 21-00847-AB (AS) | Date | August 10, 2021 |
|---|---|---|---|
| Title | Thavixay, Bounpane v. B. Burdick | | |

Petitioner may discharge this Order by filing either an Opposition to the Motion to Dismiss which complies with the Court's June 29, 2021 Order **or** a Statement of Non-Opposition to the Motion to Dismiss which complies with the Court's June 29, 2021 Order; **or** a statement setting forth why he is unable to do so.

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in an Order dismissing this action with prejudice for his failure to comply with Court orders and/or for his failure to prosecute. See Fed.R. Civ. P. 41(b).**

|  | 0 | : | 0 |
|---|---|---|---|
| | Initials of Preparer | | AF |