JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BOUNPANE THAVIXAY, | CASE NO. EDCV 21-00847-AB(AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| B. BURDICK, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: October 28, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE